
Case 3:21-mj-04323-MSB   Document 1   Filed 10/28/21   PageID.1   Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ04323 |
| Plaintiff, | |
| v. | <u>COMPLAINT FOR VIOLATION OF:</u><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |
| Humberto AVILA,<br>Luis Armando RIOS-Medina, | Title 8, USC 1324(a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without Presentation |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about October 27, 2021, within the Southern District of California, defendant, Humberto AVILA, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Jose Armando CORTEZ-Pacheco and Abisua HILARIO-Prisciliano, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about October 27, 2021 within the Southern District of California, defendant Luis Armando RIOS-Medina, knowingly or in reckless disregard of the fact that certain aliens, namely, Jose Armando CORTEZ-Pacheco and Abisua HILARIO-Prisciliano, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 28, 2021

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Humberto AVILA,
Luis Armando RIOS-Medina

### PROBABLE CAUSE STATEMENT

The complainant states that Jose Armando CORTEZ-Pacheco and Abisua HILARIO-Prisciliano, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 27, 2021, Border Patrol Agents R. Navarro, B. Hurlbut and C. Hatala were conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. All three agents were dressed in plain clothes and driving unmarked agency vehicles. At approximately 7:30 AM, Agent Hurlbut observed a white BMW sedan stop at the entrance to Skydive San Diego located in Jamul, California. The BMW had initially been traveling east on Otay Lakes Road and after stopping at Skydive San Diego for approximately one minute, was now traveling west. Agent Hurlbut began to follow the BMW from a distance and ran record checks on the license plate. Record checks revealed that the BMW was registered out of Los Angeles, California.

The driver of the BMW, later identified as defendant Humberto AVILA, eventually pulled over on the north side of Otay Lakes Road. Agent Hurlbut continued to drive past the BMW while maintaining visual through his rear and side view mirrors. Agent Hurlbut observed three individuals appear from the south side of the road, run across Otay Lakes Road and enter the back seat of the BMW. Agent Hurlbut relayed his observations to other agents, and they began a follow-out in order to obtain AVILA's destination.

Agents continued to follow AVILA as he traveled north on Interstate 805. As AVILA approached the Kearny Villa Road exit, Agent Hurlbut requested the assistance of Border Patrol Agent R. Avila, who had been following at a greater distance. Agent Avila was operating an agency marked vehicle and wearing a full rough duty uniform. At approximately 8:30 AM, Agent Avila attempted a vehicle stop and AVILA stopped his vehicle on the number one lane of Interstate 805 North, just south of the Kearny Villa Road exit. Agents quickly exited their vehicles and attempted to direct AVILA off the freeway but were unsuccessful. Agents escorted AVILA and the three back seat passengers, later identified as defendant Luis Armando RIOS-Medina and material witnesses Jose Armando CORTEZ-Pacheco and Abisua HILARIO-Prisciliano out of the car and onto the side of the freeway. Agent Navarro identified himself as a Border Patrol Agent to RIOS, CORTEZ and HILARIO and conducted an immigration

CONTINUATION OF COMPLAINT:
Humberto AVILA,
Luis Armando RIOS-Medina

inspection. RIOS, CORTEZ and HILARIO stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain the United States legally. At approximately 8:37 AM, Agent Navarro placed RIOS, CORTEZ and HILARIO under arrest. At the same time, Agent Hatala placed AVILA under arrest.

Defendant RIOS was read his Miranda rights. RIOS stated he understood his rights and was willing to provide a statement. RIOS stated he is a citizen of Mexico and does not possess any immigration documents that would allow him to enter or remain in the United States legally. RIOS stated that he entered the United States on October 25, 2021, by walking through the mountains and intended to go to Los Angeles. RIOS stated he was offered $700 USD to smuggle individuals through the Otay Mountains. RIOS stated that once he reached a paved road, he called his contact and was told that a white four door sedan would pick up the group he was with. RIOS stated that once the vehicle arrived, he opened the door and the driver told them to sit in the back seat. RIOS was presented with a photographic line-up numbered one through six and asked if he recognized anyone. RIOS identified photo number five as the driver of the vehicle who picked him up. Photo number five depicts defendant AVILA.

Material Witnesses Jose Armando CORTEZ-Pacheco and Abisua HILARIO-Prisciliano admitted to being citizens of Mexico, illegally present in the United States without proper immigration documentation to enter, pass through, or remain in the United States legally. Material witnesses CORTEZ and HILARIO admitted making smuggling arrangements and agreed to pay fees ranging between $9,000.00- $12,000 USD.

CORTEZ and HILARIO stated they illegally crossed the border with another individual on Monday, October 25, 2021, by walking through the mountains for approximately 24 hours. CORTEZ and HILARIO stated they arrived at a paved road near a lake. HILARIO stated once at the paved road, one of the individuals in his group, a tall, skinny, male, wearing a black hat, made a phone call to the individual that was going to pick them up. CORTEZ and HILARIO stated a white, four-door, sedan showed up and he and the two other individuals entered the vehicle.

CORTEZ stated the driver of the white, four-door, sedan was a male subject. CORTEZ and HILARIO stated they had traveled in the vehicle for approximately twenty minutes to one hour before the vehicle was stopped by Border Patrol and everyone was placed under arrest. CORTEZ was shown two photographic lineups but was unable to positively identify anyone. HILARIO was shown two photographic lineups and was able to positively identify the

**CONTINUATION OF COMPLAINT:**
**Humberto AVILA,**
**Luis Armando RIOS-Medina**

defendant RIOS as the individual who made the phone call to the driver.